No. 89–5531.  ZARRILLI v. MARINO.  App. Ct. Mass.  Certiorari denied.

No. 89–5533.  OSSANDON ET AL. v. SWISS BANK CORP.  C. A. 2d Cir.  Certiorari denied.

No. 89–5537.  DENTON v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–5538.  BRAMLETT v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 89–5541.  CARPENTER v. PHILIPS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–5549.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5551.  BONDARENKO v. BINDERUP ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–5554.  PEREA v. MONDRAGON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 89–5555.  MANNING v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5560.  COULTER v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 89–5563.  FIXEL v. NEVADA SUPREME COURT ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 89–5564.  SMITH v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 89–5565.  SMITH v. LYNAUGH.  C. A. 5th Cir.  Certiorari denied.

No. 89–5566.  AUSTIN v. BERRYMAN ET AL.  C. A. 4th Cir.  Certiorari denied.